**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **NO. 1:07-CR-106** |
| | § | |
| **GARRY W. GIBSON** | § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred defendant's motions to suppress to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. After being informed that the defendant was withdrawing his motion to suppress because the parties contemplated entering into a plea agreement, Judge Hines concluded that the motion should be denied as moot.

No objections have been filed and defendant plead guilty on March 25, 2008. It is therefore

**ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's "Motion to Suppress Evidence and Statements and Memorandum in Support Thereof" (Docket No. 37) is **DENIED** as moot.

**SIGNED** this the 1 day of **April, 2008.**

_____
Thad Heartfield
United States District Judge